# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158932

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RADU VASILE MUNTEAN,
        Defendant-Appellant.

SC: 158932
COA: 334952
Wayne CC: 16-003290-FC

_____/

On order of the Court, the application for leave to appeal the October 30, 2018 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to file a response to the application for leave to appeal within 28 days after the date of this order. The response shall be limited to whether the trial court erred pursuant to the rule of *People v Clark,* 463 Mich 459, 464 (2000), by making the defendant's sentences for torture, unlawful imprisonment, and aggravated domestic violence consecutive to the felony-firearm sentence.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2019



Clerk

t1226